UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| C. H. HILL,<br><br>Plaintiff,<br><br>v.<br><br>ISIDRO BACA,<br><br>Defendant. | Case No. 3:20-cv-00161-MMD-WGC<br><br>ORDER |

This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On March 19, 2020, Plaintiff filed motion to "withdraw [the] case without prejudice." (ECF No. 4 at 1.) The Court construed the filing as a motion for voluntary dismissal and closed this case. Plaintiff has now filed a motion requesting that the court "produce and docket text listing all cases filed in this court with case numbers." (ECF No. 5 at 1.) Plaintiff notes that he is "preparing a complaint to be file[d] at a later date." (*Id.*)

Plaintiff has not explained why he needs a list of all cases filed in this Court, and the Court denies Plaintiff's motion. The Court further notes for Plaintiff's benefit that this case has been closed, as he requested. Plaintiff is advised that he may file a new case under a new case number if he wishes to pursue any potential claims.

It is therefore ordered that Plaintiff's motion for text listing all cases filed in this court with case numbers (ECF No. 5) is denied.

DATED THIS 10th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE